EMERY & NORTON, INC., v. BALLARD ET AL.

(January 13, 1930. Opinion and Decree.)

William H. McClendon, Jr., of New Orleans, attorney for plaintiff, appellee.

Daly & Hamlin, of New Orleans, attorney for defendant, appellant.

PER CURIAM. In this matter it was conceded at the bar of this court by counsel representing all parties in interest that the appeal herein taken was frivolous. The appellee has asked for damages for frivolous appeal.

It is, therefore, ordered that the judgment appealed from be affirmed and it is further ordered that the appellee be allowed 10 per cent of the amount of the judgment appealed from as damages for frivolous appeal.